IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL C. O'BRIEN,

    Petitioner,

v.

LIZZIE TEGELS, Warden,
Jackson Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-868-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Michael C. O'Brien for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 4/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |